IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02418-MSK-BNB

AE ASSOCIATES, INC.,

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.

_____

# ORDER REMANDING CASE

    THIS MATTER comes before the Court *sua sponte*.

    The Plaintiff commenced this action in the Weld County District Court. In its Complaint, Plaintiff alleges that this is a case of wrongful and unreasonable denial of insurance coverage. In the Notice of Removal, the Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332.

    In its Complaint, the Plaintiff did not request any particular monetary relief. The Defendant contends that the requisite amount in controversy is established solely by the Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

    In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action

must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Weld County District Court.

DATED this 27th day of November, 2007.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge